

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL D. TAYLOR,<br><br>    Petitioner,<br><br>    v.<br><br>J. TIM OCHOA, WARDEN,<br><br>    Respondent. | Case No. CV 12-9488-GAF (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendation of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: December 4, 2012

                                              Gary A. Fees<br>                                              United States District Judge