

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL D. TAYLOR,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>J. TIM OCHOA, WARDEN,<br><br>　　　　Respondent. | Case No. CV 12-9488-GAF (MLG)<br><br>JUDGMENT |

　　IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: December 4, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Gary A. Fees
　　　　　　　　　　　　　　　　United States District Judge